No. 4,516.—WILLIAM M. PRICE, RESPONDENT, *v.* SMITH B. BUCKLAND, APPELLANT.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided October 11, 1920.

PER CURIAM.—Pursuant to motion of appellant herein, the appeal in the above-entitled cause is dismissed.

*Mr. W. E. Keeley,* for Appellant.

---

No. 4,716.—A. C. WELDON, RESPONDENT, *v.* HERMAN SCHWANZ, APPELLANT.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided October 11, 1920.

PER CURIAM.—The motion of the appellant praying for the dismissal of the appeal herein is granted and the appeal is accordingly dismissed.

*Mr. Robt. C. Stong,* for Appellant.

*Mr. Guy C. Derry,* for Respondent.